[No. 41753-7-II.   Division Two.   July 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TARA ROSE FENNEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00180-5, Michael H. Evans, J., entered January 19, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Van Deren, J.

[No. 41868-1-II.   Division Two.   July 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DEAN CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 10-1-00367-6, Gordon Godfrey, J., entered March 7, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ.

[No. 29876-1-III.   Division Three.   July 10, 2012.]

CAPITAL ONE BANK (USA), NA, *Respondent*, v. JAMES A. GREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 10-2-00243-5, Brian P. Altman, J., entered March 22, 2011. *Reversed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Kulik, J.